IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                             Date: May 30, 2008
Therese Lindblom, Court Reporter
Jan Woll, Probation Officer

Criminal Action No. 05–cr–00374–EWN

*Parties:*                                             *Counsel:*

UNITED STATES OF AMERICA,                              Colleen Covell

      Plaintiff,

v.

16.  DAVID SANDOVAL,                                   Patrick Butler
      a/k/a "Mouse,"

      Defendant.

---

## COURTROOM MINUTES

---

**Hearing on Motion for Sentence Reduction**

**9:02 a.m.**      Court in session.

Court calls case and appearances.  Defendant's presence has been waived.

Discussion regarding motion filed by Defendant, #1104, and Government, #1181.

Court's findings.

**ORDERED:  1.**      **Defendant David Sandoval's Amended Motion for Reduction in
Sentence Pursuant to Change in Crack Guidelines and 18 USC § 3582
(#1104, filed March 25, 2008) is DENIED as withdrawn.**

**ORDERED: 2.** **Government's Motion for Additional Reduction in Sentence Pursuant to Federal Rule of Criminal Procedure 35(b) (#1181, filed May 22, 2008) is GRANTED. Defendant Sandoval's sentence is reduced to forty-eight months.**

**ORDERED: 3.** **Probation Officer shall prepare an amended judgment.**

**9:14 a.m.** Court in recess.

Hearing concluded.

Total time: 00:12